# UNITED STATES DISTRICT COURT



NORTHERN DISTRICT OF CALIFORNIA
PROBATION OFFICE

YADOR J. HARRELL
*CHIEF U.S. PROBATION OFFICER*

**Please reply to:**
1301 Clay Street
Suite 220S
Oakland, CA 94612-5208
TEL: (510) 637-3600
FAX: (415) 581-7420

450 Golden Gate Avenue
Suite 17-6884; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

March 8, 2012

Honorable Bernard Zimmerman
United States Magistrate Judge
San Francisco, CA

Re: **Alvin K. Fong**
 **Docket No: CR-10-0263-01 MAG**
 **TRAVEL ORDER**

Your Honor:

On January 12, 2011, the offender was sentenced in the Northern District of California by the Court to eighteen (18) months probation for a violation of the following: Operating a Motor Vehicle Under the Influence of Alcohol, 36 C.F.R. § 1004.23(a)(1), a Class B misdemeanor. The following special conditions of supervision were imposed: $10.00 special assessment; $1,000.00 fine; maintain proof of financial responsibility; participate in alcohol assessment and treatment; and not operate a motor vehicle with any measurable amount of alcohol in the blood.

The offender is requesting permission to travel to Montreal and Quebec, Canada for a vacation trip with friend, Dennis Yuen. The offender plans to travel from May 9, 2012 to May 14, 2012. The offender has been in compliance with all special and standard conditions, including satisfaction of all financial obligations. On June 20, 2011, the offender was approved to be placed on low intensity supervision due to his pattern of compliance while on supervision.

As the offender continues to comply with supervision, the probation office is recommending the Court approve his request to travel internationally from May 9, 2012 to May 14, 2012. In addition, it is requested the Court provide the probation office with discretion to approve any changes in travel plans and approve future international travel of this nature.

Respectfully submitted,

Wayne A. Mirikitani
U.S. Probation Officer Assistant

Reviewed by:

Amy Rizor
Supervisory U.S. Probation Officer

NDC-SUPV-FORM-049 03/16/10

RE: Alvin K. Fong
CR-10-0263-01 MAG

2

Travel is:

☑ Approved
☐ Denied

23 March 2012
Date

Honorable Bernard Zimmerman
United States Magistrate Judge